# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-11473
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2017

Lyle W. Cayce
Clerk

MOHAMMED ZAHID HOSSAIN,

Plaintiff-Appellant

v.

TRACY TARANGO, Field Office Director of the USCIS; JOHN F. KELLY, Secretary of the United States Department of Homeland Security; LEON RODRIGUEZ, Director United States Citizenship and Immigration Services; PARKER R. JOHN, the Acting US Attorney Northern District of Texas; JEFFERSON B. SESSIONS, III, U. S. Attorney General,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-359

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

After he was denied citizenship, Plaintiff-Appellant Mohammed Zahid Hossain sued Defendants-Appellees seeking to be declared a citizen of the United States of America. He had been denied citizenship through the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-11473

administrative process for failure to prove that he has the good moral character required to become a citizen.

After both sides filed competing motions for summary judgment, the district court denied Hossain's motion, granted such motion for Defendants-Appellees, and dismissed Hossain's claims with prejudice. For the detailed reasons patiently set forth in the district court's Order of September 14, 2016, we affirm that court's Final Judgment of even date, dismissing Hossain's action with prejudice.

AFFIRMED.